```
                                     United States Bankruptcy Court
                                    Middle District of Pennsylvania
In re:                                                                                  Case No. 17-04046-RNO
Peter J. Comerota                                                                       Chapter 13
Stacy L. Comerota
         Debtors
                                         CERTIFICATE OF NOTICE
District/off: 0314-1           User: CKovach                Page 1 of 2            Date Rcvd: Nov 15, 2017
                               Form ID: ntcnfhrg            Total Noticed: 51


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 17, 2017.
db/jdb         +Peter J. Comerota,    Stacy L. Comerota,    4885 Boyd Road,    Brogue, PA 17309-9024
4973845        +American Profit Recovery,    34505 W 12 Mile Rd,   Suite 333,    Farmington, MI 48331-3288
4973846        +Amica Mutual Insurance Co,    PO Box 6700,   Providence, RI 02940-6700
4973865       ++CONTINENTAL FINANCE COMPANY LLC,    PO BOX 8099,    NEWARK DE 19714-8099
                (address filed with court: Mabt/contfin,    121 Continental Dr Ste 1,     Newark, DE 19713)
4973848        +Capital One,    Attn: Bankruptcy,    Po Box 30253,    Salt Lake City, UT 84130-0253
4973849        +Capital One Auto Finance,    Attn: General Correspondence/Bankruptcy,    Po Box 30285,
                 Salt Lake City, UT 84130-0285
4973850        +Cascade Capital LLC,    c/o Phoenix Financial Services LLC,    8902 Otis Ave STE 103A,
                 Indianapolis, IN 46216-1009
4973853        +Convergent,    PO Box 9004,   Renton, WA 98057-9004
4973856       ++DIRECTV LLC,    ATTN BANKRUPTCIES,    PO BOX 6550,    GREENWOOD VILLAGE CO 80155-6550
                (address filed with court: DirecTV,    PO Box 6550,    Englewood, CO 80155)
4973857        +Eos Cca,   Po Box 981008,    Boston, MA 02298-1008
4973859         Fst Premier,    601 S Minneaoplis Ave,    Sioux Falls, SD 57104
4973862        +Janet L Tyson Tax Collector,    12319 Canning House Rd,    Felton, PA 17322-7987
4973864        +M&T Bank,   c/o ERC,    PO Box 57610,    Jacksonville, FL 32241-7610
4973868       ++METROPOLITAN EDISON COMPANY,    BANKRUPTCY DEPARTMENT,    331 NEWMAN SPRINGS ROAD,    BUILDING 3,
                 RED BANK NJ 07701-5688
                (address filed with court: Met-Ed,    PO Box 16001,    Reading, PA 19612-6001)
4973866        +Mariner Finance,    8211 Town Center Dr,   Nottingham, MD 21236-5904
4973867        +Memorial Hospital,    PO Box 1280,   Oaks, PA 19456-1280
4973870        +Muddy Creek Veterinary Service,    413 Ridge Road,    Fawn Grove, PA 17321-9316
4973871        +Nora C. Viggiano, Esquire,    KML Law Group PC,    701 Market St Suite 5000,
                 Philadelphia, PA 19106-1541
4973872        +OSS Health,    1855 Powder Mill Road,   York, PA 17402-4723
4973874         PA Emergency Physicians PLLC,    PO Box 975213,    Dallas, TX 75397-5213
4973875        +Peerless Credit Services,    PO Box 518,    Middletown, PA 17057-0518
4973876        +PennWaste Inc.,    PO Box 3066,   York, PA 17402-0066
4973877        +Phoenix Financial Services. Llc,    Po Box 361450,    Indianapolis, IN 46236-1450
4973878        +Pinnacle Health Regional Physicians,    PO Box 14099,    Belfast, ME 04915-4034
4973880        +Professional Account Services Inc,    PO Box 188,    Brentwood, TN 37024-0188
4973884       ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
                (address filed with court: Toyota Motor credit Corp,    Po Box 8026,    Cedar Rapids, IA 52408)
4973886        +Verizon,    Verizon Wireless Bankruptcy Adminis,    500 Tecnolgy Dr Ste 500,
                 Weldon Springs, MO 63304-2225
4973885        +Verizon,    Verizon Wireless Bankruptcy Administrati,    500 Tecnolgy Dr Ste 500,
                 Weldon Springs, MO 63304-2225

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/PDF: acg.acg.ebn@americaninfosource.com Nov 15 2017 19:01:41
                 Capital One Auto Finance, a division of Capital On,    P.O. Box 165028,    Irving, TX 75016-5028
4973847        +E-mail/Text: lnelson@arcmgmt.com Nov 15 2017 18:59:10     ARC Mgmt Group LLC,
                 1825 Barrett Lakes Blvd,    Suite 505,    Kennesaw, GA 30144-7570
4973843        +E-mail/Text: EBNProcessing@afni.com Nov 15 2017 18:59:03     Afni,    Attn: Bankruptcy,
                 Po Box 3097,    Bloomington, IL 61702-3097
4973844        +E-mail/Text: roy.buchholz@allianceoneinc.com Nov 15 2017 18:58:30     Alliance One,
                 4850 Street Road,    Suite 300,    Feasterville Trevose, PA 19053-6643
4973851         E-mail/Text: melonie@reducear.com Nov 15 2017 18:59:17     Collection Bureau,
                 of Ft Walton Beach Inc,    PO Box 4127,    Fort Walton Beach, FL 32549
4976112        +E-mail/PDF: acg.acg.ebn@americaninfosource.com Nov 15 2017 19:02:19
                 Capital One Auto Finance, a division of Capital On,    Ascension Capital Group,
                 P.O. Box 165028,    Irving, TX 75016-5028
4976113        +E-mail/PDF: acg.acg.ebn@americaninfosource.com Nov 15 2017 19:01:41
                 Capital One Auto Finance, c/o Ascension Capital Gr,    P.O. Box 201347,
                 Arlington, TX 76006-1347
4973852        +E-mail/Text: DATA@COLLECTIONCENTERIND.COM Nov 15 2017 18:59:18     Collection Center,
                 Attn Collections/Bankruptcy,    Po Box 8666,    Lancaster, PA 17604-8666
4973854        +E-mail/Text: bankruptcy_notifications@ccsusa.com Nov 15 2017 18:59:17
                 Credit Collections Svc,    Po Box 773,    Needham, MA 02494-0918
4973855        +E-mail/PDF: creditonebknotifications@resurgent.com Nov 15 2017 19:01:52     Credit One Bank Na,
                 Po Box 98873,    Las Vegas, NV 89193-8873
4973858        +E-mail/Text: bknotice@erccollections.com Nov 15 2017 18:59:02     ERC/Enhanced Recovery Corp,
                 Attn: Bankruptcy,    8014 Bayberry Rd,    Jacksonville, FL 32256-7412
4973860        +E-mail/Text: BankruptcyNotices@hughes.com Nov 15 2017 18:58:30     HughesNet,    PO Box 96874,
                 Chicago, IL 60693-6874
4973861         E-mail/Text: cio.bncmail@irs.gov Nov 15 2017 18:58:43     Internal Revenue Service,
                 PO Box 7346,    Philadelphia, PA 19101-7346
4973863         E-mail/Text: camanagement@mtb.com Nov 15 2017 18:58:47     M & T Bank,    Po Box 844,
                 Buffalo, NY 14240
4973869        +E-mail/Text: bankruptcydpt@mcmcg.com Nov 15 2017 18:58:58     Midland Funding,
                 Attn: Bankruptcy,    Po Box 939069,    San Diego, CA 92193-9069
```

```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
4973873        +E-mail/Text: bankruptcynotices@psecu.com Nov 15 2017 18:59:15      P S E C U,
                 Attention: Bankruptcy,    Po Box 67013,    Harrisburg, PA 17106-7013
4973879         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 15 2017 19:21:20
                 Portfolio Recovery,    Po Box 41067,    Norfolk, VA 23541
4982608         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 15 2017 19:21:43
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
4974842        +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 15 2017 19:08:02
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
4973881        +E-mail/PDF: gecsedi@recoverycorp.com Nov 15 2017 19:02:20       Syncb/care Credit,
                 Attn: Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
4973882        +E-mail/PDF: gecsedi@recoverycorp.com Nov 15 2017 19:02:00       Synchrony Bank/PayPal Cr,
                 Attn: Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
4973883        +E-mail/PDF: gecsedi@recoverycorp.com Nov 15 2017 19:02:00       Synchrony Bank/Walmart,
                 Attn: Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
4973887         E-mail/Text: kcm@yatb.com Nov 15 2017 18:58:32       York Adams Tax Bureau,    1405 N. Duke Street,
                 PO Box 15627,    York, PA 17405-0156
                                                                                              TOTAL: 23

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 17, 2017                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 15, 2017 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              James   Warmbrodt    on behalf of Creditor    M&T Bank bkgroup@kmllawgroup.com
              Steven P. Miner    on behalf of Debtor 2 Stacy L. Comerota sminer@daleyzucker.com,
               aewing@daleyzucker.com
              Steven P. Miner    on behalf of Debtor 1 Peter J. Comerota sminer@daleyzucker.com,
               aewing@daleyzucker.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 5
```

ntcnfhrg (04/17)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Peter J. Comerota
Stacy L. Comerota

Debtor(s)

Chapter 13

Case No. 1:17−bk−04046−RNO

## Notice

The confirmation hearing has been scheduled for the Debtor and Joint Debtor on the date indicated below.

A deadline of **December 15, 2017** has been set for objections to confirmation of the Plan. Any objections to confirmation of the Plan will be heard at this hearing. Counsel should be prepared to proceed with said hearing on any unresolved objections to the plan at this time.

| United States Bankruptcy Court Ronald Reagan Federal Building, Bankruptcy Courtroom (3rd Floor), Third & Walnut Streets, Harrisburg, PA 17101 | Date: December 20, 2017 Time: 10:00 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:** U.S. Bankruptcy Court Ronald Reagan Federal Building 228 Walnut St, Rm 320 Harrisburg, PA 17101−1737 (717) 901−2800 | **For the Court:** Terrence S. Miller Clerk of the Bankruptcy Court: By: CKovach, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: November 15, 2017 |