```
                          United States Bankruptcy Court
                           Middle District of Pennsylvania
In re:                                                              Case No. 17-04046-RNO
Peter J. Comerota                                                   Chapter 13
Stacy L. Comerota
         Debtors
```

# CERTIFICATE OF NOTICE

District/off: 0314-1          User: CKovach          Page 1 of 1          Date Rcvd: Nov 16, 2017
                              Form ID: pdf010        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 18, 2017.
aty            +Stephen J Hogg,    19 S Hanover St Ste 101,   Carlisle, PA 17013-3326

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 18, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 16, 2017 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com,  TWecf@pamd13trustee.com
              James   Warmbrodt    on behalf of Creditor   M&T Bank bkgroup@kmllawgroup.com
              Steven P. Miner    on behalf of Debtor 2 Stacy L. Comerota sminer@daleyzucker.com,
               aewing@daleyzucker.com
              Steven P. Miner    on behalf of Debtor 1 Peter J. Comerota sminer@daleyzucker.com,
               aewing@daleyzucker.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 5

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

PETER J. COMEROTA, and : CASE NO. 1-17-BK-04046
STACY L. COMEROTA : CHAPTER 13
    :
DEBTORS :

## ORDER

Upon consideration of Debtors' Application for Approval of Employment of Professional Attorney, it is hereby granted.

\* Execution of this Order approving employment is not a guarantee that payment will ultimately be approved in any amount from the estate. Such compensation is dependent on the consideration of a final application for fees. *In re Engel,* 124 F.3d 567 (3rd Cir. 1997).

Dated: November 16, 2017

By the Court,

Robert N. Opel, II, Chief Bankruptcy Judge
(CK)