# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Peter J. Comerota<br>      Stacy L. Comerota<br>                      Debtors | CHAPTER 13 |
| M&T Bank<br>                      Movant<br>     vs.<br>Peter J. Comerota<br>Stacy L. Comerota<br>                      Debtors | NO. 17-04046 RNO |
| Charles J. DeHart, III Esq.<br>                      Trustee | 11 U.S.C. Section 362 |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

    Kindly withdraw the Motion of M&T Bank for Relief from the Automatic Stay Under Section 362, which was filed with the Court on or about October 26, 2018 (Document No. 56). Both the Attorney for Movant and the Attorney for Debtors consent with the Praecipe to Withdraw.

                                                         Respectfully submitted,

                                                         **/s/ James C. Warmbrodt, Esquire**
                                                         James C. Warmbrodt, Esquire
                                                         Attorney for Movant
                                                         KML Law Group, P.C.
                                                         BNY Mellon Independence Center
                                                         701 Market Street, Suite 5000
                                                         Philadelphia, PA 19106
                                                         Main Line: 215-627-1322

November 28, 2018