```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
In re:                                                              Case No. 17-04046-HWV
Peter J. Comerota                                                   Chapter 13
Stacy L. Comerota
        Debtors                      CERTIFICATE OF NOTICE
District/off: 0314-1           User: CKovach            Page 1 of 1           Date Rcvd: Feb 15, 2019
                               Form ID: trc             Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 17, 2019.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
5020804      +E-mail/Text: bncmail@w-legal.com Feb 15 2019 19:09:37    COMENITY CAPITAL BANK,
          C/O Weinstein & Riley P.S.,   2001 Western Ave Ste. 400,   Seattle, WA 98121-3132
                                                                                                 TOTAL: 1

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 17, 2019                                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 14, 2019 at the address(es) listed below:
          Charles J DeHart, III (Trustee)   TWecf@pamd13trustee.com
          James   Warmbrodt   on behalf of Creditor   M&T Bank bkgroup@kmllawgroup.com
          Steven P. Miner   on behalf of Debtor 2 Stacy L. Comerota sminer@daleyzucker.com,
           aewing@daleyzucker.com
          Steven P. Miner   on behalf of Debtor 1 Peter J. Comerota sminer@daleyzucker.com,
           aewing@daleyzucker.com
          United States Trustee   ustpregion03.ha.ecf@usdoj.gov
                                                                                                     TOTAL: 5

2100 B (12/15)

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 1:17-bk-04046-HWV
Chapter 13

In re: Debtor(s) (including Name and Address)

Peter J. Comerota
4885 Boyd Road
Brogue PA 17309

Stacy L. Comerota
4885 Boyd Road
Brogue PA 17309

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 02/14/2019.

Name and Address of Alleged Transferor(s):

Claim No. 20: COMENITY CAPITAL BANK, C/O Weinstein & Riley P.S., 2001 Western Ave Ste. 400, Seattle, WA 98121

Name and Address of Transferee:

SYNCHRONY BANK
c/o Weinstein & Riley, P.S.
2001 Western Ave, Ste 400
Seattle, WA 98121
SYNCHRONY BANK
c/o Weinstein & Riley, P.S.

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 02/17/19

Terrence S. Miller
**CLERK OF THE COURT**