```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                            Case No. 17-04046-HWV
Peter J. Comerota                                                 Chapter 13
Stacy L. Comerota
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1            User: CourtneyG            Page 1 of 1            Date Rcvd: Sep 11, 2019
                                Form ID: pdf010            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 13, 2019.
     +Mid Atlantic Diners, LLC,   3550 Mowry Avenue, Suite 301,,   Fremont,CA 94538-1461

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 13, 2019                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 11, 2019 at the address(es) listed below:
     Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
     James   Warmbrodt    on behalf of Creditor    M&T Bank bkgroup@kmllawgroup.com
     Steven P. Miner    on behalf of Debtor 2 Stacy L. Comerota sminer@daleyzucker.com, aewing@daleyzucker.com
     Steven P. Miner    on behalf of Debtor 1 Peter J. Comerota sminer@daleyzucker.com, aewing@daleyzucker.com
     United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                                            TOTAL: 5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In re: :
   Peter J. Comerota, and : CASE NO. 1-17-bk-04046
   Stacy L. Comerota : Chapter 13
         Debtors

## ORDER DIRECTED TO DEBTOR'S EMPLOYER

Upon Motion of the Joint Debtor, Stacy L. Comerota, for a wage attachment having come this day before the Court, it is:

**ORDERED** that Mid Atlantic Diners, LLC, 3550 Mowry Avenue, Suite 301, Fremont, CA 94538, the employer of the Joint Debtor, is hereby directed to deduct from the salary of the Joint Debtor, Stacy L. Comerota, the sum of $1042.35 from the bi-weekly salary and submit to Charles J. Dehart, III, Esquire, Standing Chapter 13 Trustee, P.O. Box 7005, Lancaster, PA 17604.

Dated: September 10, 2019      By the Court,

                                                            Henry W. Van Eck, Bankruptcy Judge (LS)