United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-04046-HWV |
| Peter J. Comerota | Chapter 13 |
| Stacy L. Comerota | |
|     Debtor(s) | |

## CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-1 | User: AutoDocke | Page 1 of 2 |
| Date Rcvd: Nov 18, 2020 | Form ID: pdf010 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 20, 2020:**

**Recip ID**     **Recipient Name and Address**
    +  Mid Atlantic Diners, LLC, Payroll/Human Resources, 3550 Mowry Avenue Suite 301, Fremont, CA 94538-1461

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 20, 2020                                     Signature:         /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 18, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Charles J DeHart, III (Trustee) | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor M&T Bank bkgroup@kmllawgroup.com |
| Steven P. Miner | on behalf of Debtor 2 Stacy L. Comerota sminer@daleyzucker.com aewing@daleyzucker.com |
| Steven P. Miner | on behalf of Debtor 1 Peter J. Comerota sminer@daleyzucker.com aewing@daleyzucker.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In re: :
   Peter J. Comerota, and : CASE NO. 1-17-bk-04046-RNO
   Stacy L. Comerota :
        Debtors : Chapter 13

## ORDER DIRECTED TO DEBTOR'S EMPLOYER

Upon Motion of the Joint Debtor, Stacy L. Comerota, for a wage attachment having come this day before the Court, it is:

**ORDERED** that Mid Atlantic Diners, LLC, 3550 Mowry Avenue, Suite 301, Fremont, CA 94538, the employer of the Joint Debtor, is hereby directed to deduct from the salary of the Joint Debtor, Stacy L. Comerota, the sum of $1054.10 from the bi-weekly salary and submit to Charles J. Dehart, III, Esquire, Standing Chapter 13 Trustee, P.O. Box 7005, Lancaster, PA 17604.

Dated: November 18, 2020      By the Court,

                                                   Henry W. Van Eck, Chief Bankruptcy Judge (CD)