Certificate Number: 17572-PAM-DE-036769125

Bankruptcy Case Number: 17-04046


17572-PAM-DE-036769125

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>August 18, 2022</u>, at <u>4:58</u> o'clock <u>PM PDT</u>, <u>Peter J Comerota Jr</u> completed a course on personal financial management given <u>by internet</u> by <u>Dollar Learning Foundation, Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date:   <u>August 18, 2022</u>   By:   <u>/s/Kelly Faulks</u>

Name:   <u>Kelly Faulks</u>

Title:   <u>Counselor</u>