Certificate Number: 17572-PAM-DE-036769123

Bankruptcy Case Number: 17-04046


17572-PAM-DE-036769123

# C<small>ERTIFICATE</small> O<small>F</small> D<small>EBTOR</small> E<small>DUCATION</small>

I CERTIFY that on August 18, 2022, at 4:58 o'clock PM PDT, Stacy L Comerota completed a course on personal financial management given by internet by Dollar Learning Foundation, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: August 18, 2022     By: /s/Kelly Faulks

Name: Kelly Faulks

Title: Counselor