Certificate Number: 17572-PAM-DE-036769125

Bankruptcy Case Number: 17-04046


17572-PAM-DE-036769125

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>August 18, 2022</u>, at <u>4:58</u> o'clock <u>PM PDT</u>, <u>Peter J Comerota Jr</u> completed a course on personal financial management given <u>by internet</u> by <u>Dollar Learning Foundation, Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date: <u>August 18, 2022</u>　　　　By: <u>/s/Kelly Faulks</u>

　　　　　　　　　　　　　　　　Name: <u>Kelly Faulks</u>

　　　　　　　　　　　　　　　　Title: <u>Counselor</u>