United States Bankruptcy Court

Middle District of Pennsylvania

In re:  Case No. 17-04046-HWV
Peter J. Comerota  Chapter 13
Stacy L. Comerota
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: AutoDocke     Page 1 of 4
Date Rcvd: Oct 19, 2022     Form ID: 3180W     Total Noticed: 66

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

\#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 21, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Peter J. Comerota, Stacy L. Comerota, 4885 Boyd Road, Brogue, PA 17309-9024 |
| 4973846 | + | Amica Mutual Insurance Co, PO Box 6700, Providence, RI 02940-6700 |
| 5020543 | + | FirstEnergy, 101 Crawfords Corner Rd, Bldg 1 Suite 1-51, Holmdel, NJ 07733-1976 |
| 4973862 | + | Janet L Tyson Tax Collector, 12319 Canning House Rd, Felton, PA 17322-7987 |
| 4973868 | ++ | MET ED FIRST ENERGY, 101 CRAWFORD CORNER RD, BLDG 1 SUITE 1-511, HOLMDEL NJ 07733-1976 address filed with court:, Met-Ed, PO Box 16001, Reading, PA 19612-6001 |
| 4973865 | + | Mabt/contfin, 121 Continental Dr Ste 1, Newark, DE 19713-4326 |
| 4973867 | + | Memorial Hospital, PO Box 1280, Oaks, PA 19456-1280 |
| 4973870 | #+ | Muddy Creek Veterinary Service, 413 Ridge Road, Fawn Grove, PA 17321-9316 |
| 4973871 | + | Nora C. Viggiano, Esquire, KML Law Group PC, 701 Market St Suite 5000, Philadelphia, PA 19106-1541 |
| 4973872 | + | OSS Health, 1855 Powder Mill Road, York, PA 17402-4723 |
| 4973874 | | PA Emergency Physicians PLLC, PO Box 975213, Dallas, TX 75397-5213 |
| 4973875 | #+ | Peerless Credit Services, PO Box 518, Middletown, PA 17057-0518 |
| 4973876 | + | PennWaste Inc., PO Box 3066, York, PA 17402-0066 |
| 4973878 | + | Pinnacle Health Regional Physicians, PO Box 14099, Belfast, ME 04915-4034 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: AISACG.COM | Oct 19 2022 22:43:00 | Capital One Auto Finance c/o AIS Portfolio Service, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | EDI: AISACG.COM | Oct 19 2022 22:43:00 | Capital One Auto Finance, a division of Capital On, P.O. Box 165028, Irving, TX 75016-5028 |
| 4973847 | + | Email/Text: lnelson@arcmgmt.com | Oct 19 2022 18:37:00 | ARC Mgmt Group LLC, 1825 Barrett Lakes Blvd, Suite 505, Kennesaw, GA 30144-7570 |
| 5013872 | | EDI: ATLASACQU | Oct 19 2022 22:43:00 | Atlas Acquisitions LLC, 492C Cedar Lane Ste 442, Teaneck, NJ 07666 |
| 4973843 | + | Email/Text: EBNProcessing@afni.com | Oct 19 2022 18:37:00 | Afni, Attn: Bankruptcy, Po Box 3097, Bloomington, IL 61702-3097 |
| 4973844 | + | Email/Text: kristin.villneauve@allianceoneinc.com | Oct 19 2022 18:37:00 | Alliance One, 4850 Street Road, Suite 300, Feasterville Trevose, PA 19053-6643 |
| 4973845 | + | Email/Text: bky@americanprofit.net | Oct 19 2022 18:37:00 | American Profit Recovery, 34505 W 12 Mile Rd, Suite 333, Farmington, MI 48331-3288 |
| 5020804 | + | EDI: WFNNB.COM | Oct 19 2022 22:43:00 | COMENITY CAPITAL BANK, C/O Weinstein & Riley P.S., 2001 Western Ave Ste. 400, Seattle, WA 98121-3132 |

| Recipient # | Method | Date/Time | Name and Address |
|---|---|---|---|
| 4973848 | + EDI: CAPITALONE.COM | Oct 19 2022 22:43:00 | Capital One, Attn: Bankruptcy, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 4973849 | + EDI: CAPONEAUTO.COM | Oct 19 2022 22:43:00 | Capital One Auto Finance, Attn: General Correspondence/Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 4976112 | + EDI: AIS.COM | Oct 19 2022 22:43:00 | Capital One Auto Finance c/o AIS, Portfolio Services, LP f/k/a AIS Data, Services d/b/a/ Ascension Capital Group, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City , OK 73118-7901 |
| 4976113 | + EDI: AISACG.COM | Oct 19 2022 22:43:00 | Capital One Auto Finance, c/o Ascension Capital Gr, P.O. Box 201347, Arlington, TX 76006-1347 |
| 4973850 | + Email/Text: info@phoenixfinancialsvcs.com | Oct 19 2022 18:37:00 | Cascade Capital LLC, c/o Phoenix Financial Services LLC, 8902 Otis Ave STE 103A, Indianapolis, IN 46216-1009 |
| 4973851 | + Email/Text: tammy@reducear.com | Oct 19 2022 18:37:00 | Collection Bureau, of Ft Walton Beach Inc, PO Box 4127, Fort Walton Beach, FL 32549-4127 |
| 4973852 | + Email/Text: DATA@COLLECTIONCENTERIND.COM | Oct 19 2022 18:37:00 | Collection Center, Attn Collections/Bankruptcy, Po Box 8666, Lancaster, PA 17604-8666 |
| 4973853 | + EDI: CONVERGENT.COM | Oct 19 2022 22:43:00 | Convergent, PO Box 9004, Renton, WA 98057-9004 |
| 4973854 | + EDI: CCS.COM | Oct 19 2022 22:43:00 | Credit Collections Svc, Po Box 773, Needham, MA 02494-0918 |
| 4973855 | + Email/PDF: creditonebknotifications@resurgent.com | Oct 19 2022 18:47:35 | Credit One Bank Na, Po Box 98873, Las Vegas, NV 89193-8873 |
| 4973856 | EDI: DIRECTV.COM | Oct 19 2022 22:43:00 | DirecTV, PO Box 6550, Englewood, CO 80155 |
| 4973858 | + Email/Text: bknotice@ercbpo.com | Oct 19 2022 18:37:00 | ERC/Enhanced Recovery Corp, Attn: Bankruptcy, 8014 Bayberry Rd, Jacksonville, FL 32256-7412 |
| 4973857 | + Email/Text: bankruptcydepartment@tsico.com | Oct 19 2022 18:37:00 | Eos Cca, Po Box 981008, Boston, MA 02298-1008 |
| 4973859 | EDI: AMINFOFP.COM | Oct 19 2022 22:43:00 | Fst Premier, 601 S Minneaoplis Ave, Sioux Falls, SD 57104 |
| 4973860 | + Email/Text: BankruptcyNotices@hughes.com | Oct 19 2022 18:37:00 | HughesNet, PO Box 96874, Chicago, IL 60693-6874 |
| 4973861 | EDI: IRS.COM | Oct 19 2022 22:43:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 5014829 | Email/PDF: resurgentbknotifications@resurgent.com | Oct 19 2022 18:47:31 | LVNV Funding, LLC its successors and assigns as, assignee of NCOP Capital, Inc, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 4973863 | Email/Text: camanagement@mtb.com | Oct 19 2022 18:37:00 | M & T Bank, Po Box 844, Buffalo, NY 14240 |
| 5016305 | Email/Text: camanagement@mtb.com | Oct 19 2022 18:37:00 | M&T Bank, P.O. Box 1288, Buffalo, NY 14240-1288 |
| 4973864 | + Email/Text: bknotice@ercbpo.com | Oct 19 2022 18:37:00 | M&T Bank, c/o ERC, PO Box 57610, Jacksonville, FL 32241-7610 |
| 4973866 | + Email/Text: bankruptcy@marinerfinance.com | Oct 19 2022 18:37:00 | Mariner Finance, 8211 Town Center Dr, Nottingham, MD 21236-5904 |
| 5004064 | + Email/Text: pasi_bankruptcy@chs.net | Oct 19 2022 18:37:00 | Memorial Hospital of York, C/O PASI, PO Box 188, Brentwood, TN 37024-0188 |
| 4973869 | + Email/Text: bankruptcydpt@mcmcg.com | Oct 19 2022 18:37:00 | Midland Funding, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 4999314 | + Email/Text: bankruptcydpt@mcmcg.com | Oct 19 2022 18:37:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |

| | | | | |
|---|---|---|---|---|
| 4998626 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 19 2022 18:37:00 | Midland Funding, LLC, Midland Credit Management, Inc., as agent for Midland Funding, LLC, PO BOX 2011, Warren, MI 48090-2011 |
| 4973873 | + | Email/Text: bankruptcynotices@psecu.com | Oct 19 2022 18:37:00 | P S E C U, Attention: Bankruptcy, Po Box 67013, Harrisburg, PA 17106-7013 |
| 4973877 | | Email/Text: info@phoenixfinancialsvcs.com | Oct 19 2022 18:37:00 | Phoenix Financial Services. Llc, Po Box 361450, Indianapolis, IN 46236 |
| 4973879 | | EDI: PRA.COM | Oct 19 2022 22:43:00 | Portfolio Recovery, Po Box 41067, Norfolk, VA 23541 |
| 4982608 | | EDI: PRA.COM | Oct 19 2022 22:43:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 4974842 | + | EDI: RECOVERYCORP.COM | Oct 19 2022 22:43:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 4973880 | | Email/Text: pasi_bankruptcy@chs.net | Oct 19 2022 18:37:00 | Professional Account Services Inc, PO Box 188, Brentwood, TN 37024 |
| 5008806 | + | Email/Text: bankruptcynotices@psecu.com | Oct 19 2022 18:37:00 | PSECU, PO BOX 67013, Harrisburg, PA 17106-7013 |
| 5014788 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 19 2022 18:47:35 | Pinnacle Credit Services, LLC its successors and, assigns as assignee of North Star, Capital Acquisition LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5018015 | | EDI: Q3G.COM | Oct 19 2022 22:43:00 | Quantum3 Group LLC as agent for, Cascade Capital LLC Series A, PO Box 788, Kirkland, WA 98083-0788 |
| 5162123 | + | Email/Text: bncmail@w-legal.com | Oct 19 2022 18:37:00 | SYNCHRONY BANK, c/o Weinstein & Riley, P.S., 2001 Western Ave, Ste 400, Seattle, WA 98121, SYNCHRONY BANK, c/o Weinstein & Riley, P.S. 98121-3132 |
| 5162122 | + | Email/Text: bncmail@w-legal.com | Oct 19 2022 18:37:00 | SYNCHRONY BANK, c/o Weinstein & Riley, P.S., 2001 Western Ave, Ste 400, Seattle, WA 98121-3132 |
| 4973881 | + | EDI: RMSC.COM | Oct 19 2022 22:43:00 | Syncb/care Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 4973882 | + | EDI: RMSC.COM | Oct 19 2022 22:43:00 | Synchrony Bank/PayPal Cr, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 4973883 | + | EDI: RMSC.COM | Oct 19 2022 22:43:00 | Synchrony Bank/Walmart, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 4973884 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Oct 19 2022 18:37:00 | Toyota Motor credit Corp, Po Box 8026, Cedar Rapids, IA 52408 |
| 4995363 | | EDI: AIS.COM | Oct 19 2022 22:43:00 | Verizon, by American InfoSource LP as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 4973886 | + | EDI: VERIZONCOMB.COM | Oct 19 2022 22:43:00 | Verizon, Verizon Wireless Bankruptcy Adminis, 500 Tecnolgy Dr Ste 500, Weldon Springs, MO 63304-2225 |
| 4973885 | + | EDI: VERIZONCOMB.COM | Oct 19 2022 22:43:00 | Verizon, Verizon Wireless Bankruptcy Administrati, 500 Tecnolgy Dr Ste 500, Weldon Springs, MO 63304-2225 |
| 4973887 | | Email/Text: kcm@yatb.com | Oct 19 2022 18:37:00 | York Adams Tax Bureau, 1405 N. Duke Street, PO Box 15627, York, PA 17405-0156 |

TOTAL: 52

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a

preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *P++ | ATLAS ACQUISITIONS LCC, 492C CEDAR LANE SUITE 442, TEANECK NJ 07666-1713, address filed with court:, Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | *+ | SYNCHRONY BANK, c/o Weinstein & Riley, P.S, 2001 Western Ave, Ste 400, Seattle, WA 98121-3132 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 21, 2022        Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 19, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor M&T Bank bkgroup@kmllawgroup.com |
| Steven P Miner | on behalf of Debtor 1 Peter J. Comerota sminer@cklegal.net  mrenno@cklegal.net |
| Steven P Miner | on behalf of Debtor 2 Stacy L. Comerota sminer@cklegal.net  mrenno@cklegal.net |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Peter J. Comerota<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–3676<br>EIN   __–_____ |
| Debtor 2<br>(Spouse, if filing) | Stacy L. Comerota<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–6053<br>EIN   __–_____ |
| United States Bankruptcy Court   Middle District of Pennsylvania | | |
| Case number:   1:17-bk-04046-HWV | | |

## Order of Discharge                                                                                          12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Peter J. Comerota                                Stacy L. Comerota

**By the court:**   *Henry W. Van Eck* (signature)

10/19/22

Henry W. Van Eck, Chief Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Form 3180W			**Chapter 13 Discharge**			page 2