United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                                   Case No. 17-04046-HWV
Peter J. Comerota                                    Chapter 13
Stacy L. Comerota
     Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1                          User: AutoDocke                          Page 1 of 2
Date Rcvd: Apr 18, 2023                    Form ID: fnldec                         Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol        Definition**
\+                 Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 20, 2023:**

**Recip ID**            **Recipient Name and Address**
db/jdb               + Peter J. Comerota, Stacy L. Comerota, 4885 Boyd Road, Brogue, PA 17309-9024

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 20, 2023                      Signature:         /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 18, 2023 at the address(es) listed below:**

**Name**                     **Email Address**

Brian Nicholas
                          on behalf of Creditor M&T Bank bnicholas@kmllawgroup.com

Denise E. Carlon
                          on behalf of Creditor M&T Bank bkgroup@kmllawgroup.com bkgroup@kmllawgroup.com

Jack N Zaharopoulos
                          TWecf@pamd13trustee.com

James Warmbrodt
                          on behalf of Creditor M&T Bank bkgroup@kmllawgroup.com

Steven P Miner
                          on behalf of Debtor 1 Peter J. Comerota sminer@cklegal.net mrenno@cklegal.net

Steven P Miner
                          on behalf of Debtor 2 Stacy L. Comerota sminer@cklegal.net mrenno@cklegal.net

United States Trustee	ustpregion03.ha.ecf@usdoj.gov

TOTAL: 7

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Peter J. Comerota, | Chapter 13 |
| **Debtor 1** | |
| | Case No. 1:17−bk−04046−HWV |
| Stacy L. Comerota, | |
| **Debtor 2** | |

Social Security No.:
xxx−xx−3676    xxx−xx−6053

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

**IT IS ORDERED THAT:**

### Jack N Zaharopoulos

is discharged as trustee of the estate of the above named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

By the Court,

*[signature]*

Henry W. Van Eck, Chief Bankruptcy Judge

Dated: April 18, 2023

**fnldec** (01/22)