IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: Peter J. Comerota** <br> **Stacy L. Comerota** <br>         **Debtors** <br><br> **M&T Bank** <br>         **Movant** <br>    vs. <br><br> **Peter J. Comerota** <br> **Stacy L. Comerota** <br>         **Debtors** <br><br> **Jack N. Zaharopoulos, Esq.** <br>         **Trustee** | **BK NO. 17-04046 HWV** <br><br> **Chapter 13** <br><br> **Related to Claim No. 17** |

## CERTIFICATE OF SERVICE
## NOTICE OF MORTGAGE PAYMENT CHANGE

I, Denise Carlon, Esquire, of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on November 9, 2022, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

Debtors
Peter J. Comerota
4885 Boyd Road
Brogue, PA 17309

Stacy L. Comerota
4885 Boyd Road
Brogue, PA 17309

Attorney for Debtors
Steven P. Miner, Esq.
635 N. 12th Street
Suite 101 (VIA ECF)
Lemoyne, PA 17043

Trustee
Jack N. Zaharopoulos, Esq.
8125 Adams Drive (VIA ECF)
Hummelstown, PA 17036

Method of Service: Electronic means or first-class mail.

Dated: November 9, 2022

                                                  **/s/ Denise Carlon**
                                                Denise Carlon, Esq.
                                                Attorney I.D. 317226
                                                KML Law Group, P.C.
                                                BNY Mellon Independence Center
                                                701 Market Street, Suite 5000
                                                Philadelphia, PA 19106
                                                201-549-2363
                                                dcarlon@kmllawgroup.com